UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

THE UNITED STATES FOR THE USE AND
BENEFIT OF VT Milcom, INC.,

PLAINTIFF

v.

WALBRIDGE-DOSTER, A JOINT
VENTURE, TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA.
FEDERAL INSURANCE COMPANY, and
SAFECO INSURANCE COMPANY OF
AMERICA

DEFENDANTS.

CIVIL ACTION NO. 5:08CV-202-R

***FILED ELECTRONICALLY***

## MEMORANDUM IN SUPPORT OF CONSENT MOTION TO STAY

All parties to this action submit this Consent Motion to Stay this action, and state in support of such Motion as follows:

### DISCUSSION

This is a case arising under the Miller Act (40 U.S.C. § 3133 *et seq*.), which is a statutory remedy for subcontractors working under a Federal Government construction contract. Here, Plaintiff VT Milcom, Inc. ("VT Milcom") is the subcontractor, Defendant Walbridge-Doster Joint Venture ("Walbridge") is the prime contractor, and the remaining Defendants (Travelers Casualty & Surety Company, Federal Insurance Company and Safeco Insurance Company) are the sureties on the relevant payment bond.[1] The government construction contract (the "Prime Contract") is between Walbridge and the U.S. Army Corps of Engineers ("COE" or "Owner").

---

[1] While the United States is identified in the caption as plaintiff, this is only because the Miller Act requires the United States be listed as a nominal party. 40 U.S.C. § 3133(b)(3)(A). The actual Plaintiff for all relevant purposes is VT Milcom.

The Subcontract contains a dispute resolution process stating in relevant part that "[c]laims, disputes and other matters in question that Contractor determines in its sole, reasonable direction relate to actions or inactions of the Owner will be resolved according to the procedures identified in the Agreement between Owner and Contractor."

The dispute resolution process for disputes relating to the Prime Contract is specified in the standard "Disputes" clause utilized in Federal Government contracts that is included in the Prime Contract.  This process involves administrative steps and then litigation either before the Armed Services Board of Contract Appeals or the U.S. Court of Federal Claims.

Walbridge has written to VT Milcom and stated that VT Milcom's claims as alleged in this action relate to actions or inactions of the COE, and accordingly are to be resolved in accordance with the Prime Contract disputes resolution process.  Walbridge communicated this determination to VT Milcom by letter of April 6, 2009.  VT Milcom reserves the right to dispute Walbridge's determination.

VT Milcom is agreeable to proceeding in accordance with the Subcontract process specified , provided that VT Milcom's Miller Act rights under the payment bond, and its rights to contest the reasonableness of Walbridge's determination are likewise preserved.  Dismissal of this action during this period  would prejudice VT Milcom, because of the relatively short statute of limitations under the Miller Act would bar a new Miller Act action at a later date.  Accordingly, a stay of this action is required to avoid prejudice to VT Milcom's Miller Act rights.

Granting the requested stay may well eliminate any need to resume this action at a later date.

This Court has the inherent power to stay this action in its discretion, as part of its inherent power to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants. *Ohio Environmental Council v. U.S. Dist. Court, Southern Dist. of Ohio, Eastern Div.* 565 F.2d 393, 396 (6th Cir. 1977). The issuance of such a stay pending resolution under the prime contract disputes procedure is frequently utilized in Miller Act cases, and has been directed in cases even where the requested stay was contested. E.g., *United States f/u/b of Webcor Construction, Inc. v. Dick/Morganti*, 2007 WL 3231717, *2 (N.D. Cal. Oct 30, 2007) (granting motion to stay); *United States f/u/b of Trans Coastal Roofing Co., v. David Boland, Inc.*, 922 F. Supp. 597 (S.D. Fl. 1996).

## CONCLUSION

For all of the foregoing reasons, Plaintiff VT Milcom and all Defendants join in requesting that the Court stay this action pending resolution of Plaintiff VT Milcom's claims under the Prime Contract dispute resolution process.

Respectfully submitted,


 /s/ Daniel N. Thomas            
Daniel N. Thomas
Thomas & Arvin
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, KY 42241-0675
Telephone:  (270) 886-6363
Facsimile:  (270) 886-8544
E-Mail:     dthomas@thomasandarvin.com

Kenneth A. Martin
The Martin Law Firm, P.L.L.C.
6273 Whittier Avenue, Suite 200
McLean, VA 22101
Telephone:  (703) 918-0350
Facsimile:  (703) 918-0386
E-Mail:     ken@martin-lawfirm.com

Counsel for Plaintiff, The United States for
the Use and Benefit of VT Milcom, Inc.

 /s/ Ryan R. Loghry            
Ryan R. Loghry
Gregory P. Parsons
Stites & Harbison, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone:  (859) 226-2300
Facsimile:  (859) 253-9144
E-Mail:     gparsons@stites.com
            rloghry@stites.com

Steven M. Henderson
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone:  (502) 587-3400
Facsimile:  (502) 779-5826
E-Mail:     shenderson@stites.com

Attorneys for Defendants Walbridge-Doster, A
Joint Venture, Travelers Casualty and Surety
Company of America, Federal Insurance
Company, and Safeco Insurance Company of
America

and

Andrew D. Ness
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, D.C.  20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610
E-Mail:     NessA@howrey.com

Attorney for Defendant Walbridge-Doster, a Joint
Venture.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of May, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel N. Thomas
Counsel for Plaintiff, The United States for
the Use and Benefit of VT Milcom, Inc.
Thomas & Arvin
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, KY 42241-0675
Telephone:  (270) 886-6363
Facsimile:  (270) 886-8544
E-Mail:      dthomas@thomasandarvin.com

Kenneth A. Martin
The Martin Law Firm, P.L.L.C.
6273 Whittier Avenue, Suite 200
McLean, VA 22101
Telephone:  (703) 918-0350
Facsimile:  (703) 918-0386
E-Mail:      ken@martin-lawfirm.com

/s/ Ryan R. Loghry
Ryan R. Loghry
Gregory P. Parsons
Attorney for Defendants, Walbridge-
Doster, a Joint Venture, Travelers
Casualty and Surety Company of
America, Federal Insurance Company,
and Safeco Insurance Company of
America

DE96:40953:317576:1:LEXINGTON