**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:08CV-202-R**

VT MILCOM, INC.                                                                                    PLAINTIFF

V.

WALBRIDGE-DOTSER, ET AL                                                                DEFENDANTS

**O R D E R**

A telephonic conference was held on December 7, 2010.

Appearances:
For the plaintiff:      Kenneth A. Martin
For the defendant:  Ryan R. Loghry
                              Andrew D. Ness

**IT IS ORDERED.**

A **Telephonic Status Conference** is set on **February 10, 2011 at 8:30 a.m. CST**. The Court shall initiate the call.

cc:    Counsel

P|15