UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| THE UNITED STATES FOR THE USE AND BENEFIT OF VT MILCOM, INC.,<br><br>PLAINTIFF<br><br>v.<br><br>WALBRIDGE-DOSTER, A JOINT VENTURE, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>DEFENDANTS. | CIVIL ACTION NO. 5:08CV-202-R<br><br>*FILED ELECTRONICALLY* |

### NOTICE OF CHANGE OF ADDRESS

Counsel for the Defendants hereby gives notice that one its attorneys, Andrew D. Ness, has the following new mailing address and e-mail address:

>Andrew D. Ness
>Jones Day
>51 Louisiana Ave., NW
>Washington, DC 20002-2113
>E-mail:  adness@jonesday.com

>Respectfully submitted,

>*s/ Gregory P. Parsons*
>Gregory P. Parsons
>Stites & Harbison, PLLC
>250 West Main Street, Suite 2300
>Lexington, KY 40507-1758
>Telephone:  (859) 226-2300
>Facsimile:  (859) 253-9144
>E-Mail:  gparsons@stites.com

>and

        Steven M. Henderson
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Facsimile: (502) 779-5826
E-Mail: shenderson@stites.com

and

*s/ Andrew D. Ness*
Andrew D. Ness
Jones Day
51 Louisiana Ave., NW
Washington, DC 20002-2113
Telephone: (202) 879-7675
Facsimile: (202) 626-1700
E-Mail: adness@jonesday.com

Attorneys for Defendants, Walbridge-Doster, a Joint Venture, Travelers Casualty and Surety Company of America, Federal Insurance Company, and Safeco Insurance Company of America

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Kenneth A. Martin<br>The Martin Law Firm, P.L.L.C.<br>6273 Whittier Avenue, Suite 200<br>McLean, VA 22101<br>Telephone: (703) 918-0350<br>Facsimile: (703) 918-0386<br>E-Mail: ken@martin-lawfirm.com | Daniel N. Thomas<br>Counsel for Plaintiff, The United States for the Use and Benefit of VT MILCOM, Inc.<br>Thomas & Arvin<br>1209 S. Virginia Street, P.O. Box 675<br>Hopkinsville, KY 42241-0675<br>Telephone: (270) 886-6363<br>Facsimile: (270) 886-8544<br>E-Mail: dthomas@thomasandarvin.com |

        *s/ Gregory S. Parsons*
Gregory P. Parsons