## IN THE UNITED STATES DISTRICT COURT
## WESTER DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | | |
|---|---|---|
| VT MILCOM, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:08-cv-202-R (TBR) |
| | ) | |
| WALBRIDGE-DOSTER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiff, VT Milcom, Inc. ("Milcom") respectfully requests that the Court reschedule the status conference currently set for Friday April 15, 2011. VT Milcom's counsel is unavailable on that date as he will be traveling outside the country for a family vacation. Milcom's counsel will return to his office on April 25, 2011 and can accommodate a status conference any day after April 25, 2011 that is convenient to the Court.

Defendant Walbridge-Doster's counsel has stated that he opposes the motion.

WHEREFORE, Plaintiff respectfully requests that the Court reschedule the status conference set for April 15, 2011 until a later date after April 25, 2011 that is convenient to the Court and parties.

Respectfully submitted,

/s/ Kenneth A. Martin
_____
Kenneth A. Martin, *Pro Hac Vice*
THE MARTIN LAW FIRM, PLLC
6718 Whittier Ave.
Suite 200
McLean, VA  22101
(703) 918-0350

Daniel N. Thomas
THOMAS & ARVIN
Suite 200
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, Kentucky  42241-0675
(270) 886-6363 (Telephone)
(270) 886-8544 (Facsimile)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April 2011, a true and correct copy of the foregoing M*otion To Reschedule Status Conference* was electronically filed with the Clerk of Court by using the CM/ECF system, which shall electronically serve a copy of the foregoing to all counsel of record:

/s/ Kenneth A. Martin
Kenneth A. Martin